**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 21-1884**

───────────────

JUDAMEYRE MCRAE,

        Plaintiff - Appellant,

    v.

NIAGARA BOTTLING,

        Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:20-cv-00131-KDB-DCK)

───────────────

Submitted:  February 17, 2022               Decided:  February 22, 2022

───────────────

Before AGEE and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Judameyre L. McRae, Appellant Pro Se.  Joshua Ryan Adams, JACKSON LEWIS PC, Charlotte, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Judameyre L. McRae appeals the district court's order dismissing his second amended complaint alleging racial discrimination and retaliation, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and state law, and denying McRae's motion to amend the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *McRae v. Niagara Bottling*, No. 5:20-cv-00131-KDB-DCK (W.D.N.C. Aug. 10, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*